■ Matter of KRISSLER BUSINESS INSTITUTE, INC., Respondent. DENNIS KING, Appellant. [696 NYS2d 831] —Appeal by the petitioner from an order of the Supreme Court, Dutchess County (Bellantoni, J.), dated June 24, 1998.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Bellantoni at the Supreme Court. Bracken, J. P., O'Brien, Santucci and Goldstein, JJ., concur.